IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03395-PAB-MJW

SAFDAR LILAK,

    Plaintiff,

v.

GLAXOSMITHKLINE LLC,

    Defendant.

---

**ORDER GRANTING DEFENDANT GLAXOSMITHKLINE, LLC'S MOTION TO STRIKE "PLAINTIFF RESPONSE OPPOSING DEFENSE'S REPLY AMENDED RESPONSE OF PLAINTIFF TO PENDING MOTION OF DEFENSE PLAINTIFF'S INTENT NOTICE FOR SUMMARY JUDGEMENT PRUSUANT TO FRCP 56, 12(C) & RULE 50"** [Docket no. 31]

---

THIS MATTER comes before the Court on Defendant, GlaxoSmithKline, LLC's Motion to Strike "Plaintiff Response Opposing Defense's Reply Amended Response of Plaintiff to Pending Motion of Defense Plaintiff's Intent Notice for Summary Judgement [sic] Prusuant [sic] to FRCP 56, 12(C) & Rule 50," (Doc. 27; filed March 19, 2012). The Court, having reviewed the Motion and being fully advised:

HEREBY ORDERS that the Motion is **GRANTED**. "Plaintiff Response Opposing Defense's Reply Amended Response of Plaintiff to Pending Motion of Defense Plaintiff's Intent Notice for Summary Judgement [sic] Prusuant [sic] to FRCP 56, 12(C) & Rule 50" (Doc. 27; filed March 19, 2012) is hereby stricken in its entirety, For the reasons stated in the subject motion (Docket no. 31)

Entered this 6th day of April, 2012.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO