IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03395-PAB-MJW

SAFDAR LILAK,

Plaintiff(s),

v.

GLAXO SMITHKLINE CORPORATE INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that defendant's Motion to Strike (Docket No. 35) is **GRANTED**.  Per the court's orders at the March 6, 2012 status conference, the parties were directed to not make additional filings until the pending Motion to Dismiss was decided.  Further, plaintiff has failed to comply with Fed. R. Civ. P. 15(a)(2).

     Accordingly, the court hereby **STRIKES** Plaintiff's First Amended Complaint (Docket No. 34) and "Correction" Plaintiff's First Amended Complaint (Docket No. 37).

Date: July 12, 2012