IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03395-PAB-MJW

SAFDAR LILAK,

Plaintiff(s),

v.

GLAXO SMITHKLINE CORPORATE INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that plaintiff's "After Scheduling Conference, of March 6th, 2012 & 07/23/12 Rule D.C.Colo.LCivR16.1/16.2 Flurry of Motions & Objections to MJW Recommendation Plaintiff Proposes Following" (Docket No. 44), insofar as it can be considered a motion, is **DENIED**.  Defendant's Motion to Dismiss (Docket No. 15) is pending, this court having recommended dismissal of plaintiff's complaint (Docket No. 40).  Accordingly, the court will not order ADR and defendant is not obligated to answer plaintiff's complaint at this time.

Date: August 21, 2012