**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03395-PAB-MJW

SAFDAR LILAK,

    Plaintiff,

v.

GLAXO SMITHLKINE CORPORATE, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc #48) of Judge Philip A. Brimmer entered on September 26, 2012 it is

    ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 40] is ACCEPTED. It is further

    ORDERED that Defendant GlaxoSmithKline, LLC's Motion to Dismiss [Docket No. 15] is GRANTED. It is further

    ORDERED that this case is dismissed in its entirety.

    DATED at Denver, Colorado, this 28th day of September, 2012.

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                By: s/Edward P. Butler
                                      Edward P. Butler
                                      Deputy Clerk